**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVE COSTOPOULOS, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN SHKRELI., <br><br> Defendant. | Case No.: **1:18-cv-03980** <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)** |

    **PLEASE TAKE NOTICE**, that Eve Costopoulos, by her Counsel, hereby voluntarily dismisses the above-captioned action, *without prejudice*, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      May 18, 2018

                             **HACH ROSE SCHIRRIPA & CHEVERIE LLP**

                             */s/ Daniel B. Rehns*
                             Daniel B. Rehns
                             drehns@hrsclaw.com
                             112 Madison Avenue, 10th Floor
                             New York, New York 10016
                             Tel: (212) 213-8311
                             Fax: (212) 779-0028

                             *Attorneys for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel B. Rehns, Esq., Counsel for Plaintiff, Eve Costopoulos, hereby certifies that on May 18, 2018, I filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York via the Court's ECF/CM system, which automatically notifies all counsel of record in the above-captioned matter.


*/s/ Daniel B. Rehns*
Daniel B. Rehns