UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 2 2018
```

| | |
|---|---|
| EVE COSTOPOULOS,<br><br>                Plaintiff,<br><br>    v.<br><br>MARTIN SHKRELI.,<br><br>                Defendant. | Case No.: 1:18-cv-03980<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a) |

**PLEASE TAKE NOTICE**, that Eve Costopoulos, by her Counsel, hereby voluntarily dismisses the above-captioned action, *without prejudice*, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       May 18, 2018

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

*/s/ Daniel B. Rehns*
Daniel B. Rehns
drehns@hrsclaw.com
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Attorneys for the Plaintiff*

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 2 2 2018