UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVE COSTOPOULOS,<br><br>                        Plaintiff,<br><br>           v.<br><br>MARTIN SHKRELI,<br><br>                        Defendant. | Case No.: 1:18-cv-03980<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |

**PLEASE TAKE NOTICE**, that Eve Costopoulos, by her Counsel, hereby voluntarily dismisses the above-captioned action, *with prejudice*, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated:  New York, New York
            October 30, 2018

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

*/s/ Daniel B. Rehns*
Daniel B. Rehns
drehns@hrsclaw.com
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Seth M. Pavsner, Esq., Counsel for Plaintiff, Eve Costopoulos, hereby certify that on October 30, 2018, I filed a true and correct copy of the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York via the Court's ECF/CM system, which automatically notifies all counsel of record in the above-captioned matter.

 

*/s/ Seth M. Pavsner*
Seth M. Pavsner